```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------X  ELECTRONICALLY FILED
                                          :     DOC #:_____
CHRISTOPHER MARKISZ,                      :     DATE FILED: 2/14/2020
                          Plaintiff,      :
                                          :         20 Civ. 801 (LGS)
              -against-                   :
                                          :              ORDER
NATIONAL ACADEMY OF RECORDING             :
ARTS & SCIENCES, INC.,                    :
                                          :
                          Defendant.      :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the remaining parties have reached a settlement in principle in this case. Accordingly, it is ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending deadlines and conferences are CANCELED.

Dated: February 14, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**